**RAMON ASHLY WILLIAMS,**

        Petitioner,

    **-vs-**

                                   **Case No.  14-C-677**

**MICHAEL MEISNER, Warden,**
**Redgranite Correctional Institution,**

        Respondent.

## DECISION AND ORDER

This is an action that purports to be a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The petitioner, Ramon Ashly Williams, appears to have filed this petition at the direction of Magistrate Judge Patricia Gorence, who dismissed a related case while noting that it "might more appropriately be brought as a petition for a writ of habeas corpus under 28 U.S.C. § 2254."  Case No. 13-C-1411, March 26, 2014 Order at 6.

As an initial matter, Williams didn't use the correct form to file this petition.  Civil L.R. 9(a)(1).  This case will not proceed until Williams corrects this error.

In the meantime, Williams' collateral motions can be addressed as follows.  First, Williams' motion to appoint counsel is denied because at this early stage, Williams appears competent to represent himself, and also, it seems unlikely that the presence of counsel would make a difference in the outcome of this case.  *Farmer v. Haas*, 990 F.2d 319, 332 (7th Cir. 1993).  Second, Williams' motion for injunctive

relief is denied because Williams does not appear likely to succeed on the merits. *Girl Scouts of Manitou Council, Inc. v. Girl Scouts of U.S.A., Inc.*, 549 F.3d 1079, 1086 (7th Cir. 2008). Third, Williams' motion for leave to proceed *in forma pauperis* is granted. Even though the fee for filing a § 2254 petition is minimal ($5.00), the balance in Williams' trust account statement is similarly paltry.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

1.     Williams' motion to appoint counsel [ECF No. 3] is **DENIED**;

2.     Williams' motion for a temporary restraining order and a preliminary injunction [ECF No. 4] is **DENIED**;

3.     Williams' motion for leave to proceed IFP [ECF No. 10] is **GRANTED**; and

4.     Williams' must re-file his petition using the correct form within **thirty (30) days** of the date of this Order. The Clerk of Court is directed to mail a form petition to Williams.

Dated at Milwaukee, Wisconsin, this 15th day of July, 2014.

BY THE COURT:

HON. RUDOLPH T. RANDA
U.S. District Judge