# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RAMON ASHLY WILLIAMS,**

     Petitioner,

-vs-                                              Case No. 14-C-677

**MICHAEL MEISNER, Warden,**
**Redgranite Correctional Institution,**

     Respondent.

## DECISION AND ORDER

Ramon Ashly Williams petitions for relief regarding the conditions of his probation. 28 U.S.C. 2254; *Williams v. State of Wisconsin*, 336 F.3d 576, 579 (7th Cir. 2003). The Court is unable to conclude that Williams is not entitled to relief on any or all of his claims. Rule 4, Rules Governing Section 2254 Cases in the United States District Courts. Therefore, the respondent should file an answer or other responsive pleading within **thirty (30) days** of the date of this Order.

Dated at Milwaukee, Wisconsin, this 23rd day of September, 2014.

                                              **BY THE COURT:**

                                              _____
                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**